09-0577

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | Chapter 13 |
| Yolanda L. Carter | Case No. 09-30821 |
| | Honorable Jack B. Schmetterer |
| Debtor. | |

**BANK OF AMERICA'S**
**RESPONSE TO TRUSTEE'S NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now Comes Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP, by and through its attorneys, Noonan & Lieberman, and in Response to the Trustee's Notice of Payment of Final Mortgage Cure, dated July 8, 2011, states as follows:

1. With regards to the FIRST mortgage on the subject property, as of the date of this Response, the following POST-PETITION mortgage payments are still due and owing Bank of America:

    | | |
    |---|---|
    | 5/1/2011 | $1,324.46 |
    | 6/1/2011 | $1,295.40 |
    | 7/1/2011 | $1,295.40 |
    | **TOTAL:** | **$3,915.26** |

2. The loan shall not be treated as reinstated and fully current until all post-petition mortgage payments have been made.

BANK OF AMERICA, N.A.

/s/ Stephen C. Needham

Stephen C. Needham #6290317
Noonan & Lieberman Ltd.
105 W. Adams Street, Suite 1100
Chicago, Illinois 60603
(312) 431-1455

## **CERTIFICATION**

I, Stephen C. Needham, certify that I served a copy of this RESPONSE TO TRUSTEE'S NOTICE OF FINAL MORTGAGE CURE to the addresses listed below by electronic notice through ECF or by, by placing same in an envelope addressed as shown above, and depositing same First Class Mail, postage prepaid in the U.S. mailbox located at 105 W, Adams Street, Chicago, Illinois 60603, this 26th day of July, 2011.

Yolanda L. Carter, Debtor, 6719 S. Merrill, 3rd Floor, Chicago, IL 60649, by regular U.S. mail;

Brian G. Snyder, Debtor's Attorney, Legal Helpers, 233 S. Wacker Drive, Suite 5150, Chicago, IL 60606, by electronic mail through ECF;

Tom Vaughn, Trustee, 55 E. Monroe St., Suite 3850, Chicago, IL 60603, by electronic mail through ECF;

Patrick S. Layng, Office of the US Trustee, Region 11, 219 S. Dearborn, Room 873, Chicago, IL 60604 by electronic mail through ECF

/s/ Stephen C. Needham