IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:

YOLANDA L CARTER                           Case No. 09-30821
        Debtor

RESPONSE TO TRUSTEE NOTICE OF PAYMENT OF FINAL MORTGAGE
CURE AMOUNT

Now comes BANK OF AMERICA N.A. AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING LP ("BANA") FNA COUNTRWIDE HOME LOANS SERVICING LP by and through its attorneys, KROPIK, PAPUGA & SHAW, in Response in opposition to Trustee Notice of Final Mortgage Cure Amount, and in support thereof states as follows:

1. BANK OF AMERICA N.A. AS SUCCESSOR BY MERGER TO BACK HOME LOANS SERVICING LP states that the debtor has NOT reinstated its mortgage and the debtor is in default post filing. The debtor has missed four post petition payments as of the date of the notice, July 8, 2011, and the following payments are due and owing:

```
10\2009   $452.41
 9\2010   $452.41
12\2010   $452.41
 6\2011   $452.41     TOTAL: $1809.64
```

2. The loan shall not be treated as reinstated and is not fully current until all delinquencies including but not limited to those included herein are paid in full.

                                    BANK OF AMERICA NA SUCCSSOR BY
                                    MERGER TO BAC HOME LOANS
                                    SERVICING LP
                                      __/s/LAURA WARDINSKI_____
                                        Laura C. Wardinski

KROPIK, PAPUGA & SHAW
Attorneys for BAC HOME LOANS, SERVICING
120 South LaSalle Street
Chicago, Illinois 60603   Telephone: 312/236-6405