IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:
YOLANDA L CARTER                              Case No. 09-30821

       Debtor


RESPONSE TO TRUSTEE NOTICE OF PAYMENT OF FINAL MORTGAGE
CURE AMOUNT

Now comes BANK OF AMERICA N.A. AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING LP ("BANA") FKA COUNTRYWIDE HOME LOANS SERVICING LP by and through its attorneys, KROPIK, PAPUGA & SHAW, in Response in opposition to Trustee Notice of Final Mortgage Cure Amount, and in support thereof states as follows:

1. BANK OF AMERICA N.A. AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING LP states that the debtor has NOT reinstated its mortgage and the debtor is in default post filing. The debtor appears to have missed four post petition payments as of the date of the notice, July 8, 2011, as set forth in the pay logs attached as exhibit A and incorporated by reference. The following payments are due and owing:

```
10\2009   $452.41
 9\2010   $452.41
12\2010   $452.41
 6\2011   $452.41      TOTAL: $1809.64
```

2. The loan shall not be treated as reinstated and is not

fully current until all delinquencies including but not limited to those included herein are paid in full.

                                    BANK OF AMERICA NA SUCCESSOR BY
                                    MERGER TO BAC HOME LOANS
                                    SERVICING LP
                                      /s/LAURA WARDINSKI
                                      Laura C. Wardinski

Kropik Papuga and Shaw
Attorneys for BANK OF AMERICA N.A SUCCESSOR BY MERGER TO
BAC HOME LOANS SERVICING LP
120 South LaSalle Street
Chicago, Illinois 60603
Telephone: 312/236-6405